January 22, 2015



# CORRECTED JUDGMENT

# The Fourteenth Court of Appeals

CORREY OLIVER, Appellant

NO. 14-13-00957-CR                               V.

THE STATE OF TEXAS, Appellee

_____

We order this Court's Memorandum Opinion dated January 22, 2014, **WITHDRAWN**.  We issue this corrected judgment to correct a clerical error by including the correct date of January 22, 2015.

This cause was heard on the transcript of the record of the court below. The record reveals error in the judgment. The Court orders the judgment **REVERSED** and the cause **REMANDED** for further proceeding in accordance with its opinion.

We further order this decision certified below for observance.